bia Circuit. Certiorari denied. *George D. Horning, Jr.* for petitioner. *Foster Wood* for respondent.

No. 476. CHICAGO SUGAR Co. *v.* AMERICAN SUGAR REFINING Co. C. A. 7th Cir. Certiorari denied. *Leslie M. O'Connor* for petitioner. *Kenneth F. Burgess* for respondent.

Nos. 478 and 479. CONSUMERS PETROLEUM Co. *v.* CONSUMERS Co. C. A. 7th Cir. Certiorari denied. *Albert E. Jenner, Jr.* and *Harry G. Hershenson* for petitioner. *Joseph B. Fleming* for respondent.

No. 480. MULLING, MUNICIPAL COURT JUDGE, ET AL. *v.* HOULIHAN ET AL. Supreme Court of Georgia. Certiorari denied.

No. 481. BEJEUHR *v.* SHAUGHNESSY, DISTRICT DIRECTOR, U. S. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. Certiorari denied. *Herman L. Falk* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *Morton Hollander* for respondent.

No. 486. ROBERTSON ROCK BIT Co., INC. ET AL. *v.* HUGHES TOOL Co. C. A. 5th Cir. Certiorari denied. *Floyd H. Crews* and *Robert P. Patterson* for petitioners. *George I. Haight* and *Robert F. Campbell* for respondent.

No. 487. TAYLOR, EXECUTOR, *v.* UNITED STATES. Probate Court of Middlesex County, Massachusetts. Certiorari denied. *Waldo Noyes* and *Seneca B. Anderson* for petitioner. *Solicitor General Perlman, Assistant*